```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

FLOYD McCULLOUGH, ET AL.                                PLAINTIFFS

VS.                         CIVIL ACTION NO. 5:08-cv-187(DCB)(JMR)

RIVER REGION HEALTH SYSTEM, ET AL.                      DEFENDANTS

## ORDER

This cause is before the Court on the plaintiffs' motion for an expedited hearing on their motion to remand. Having carefully considered the motion and the record in this case, the Court finds as follows:

This action was removed from the Circuit Court of Warren County, Mississippi, on April 18, 2008, and is scheduled for trial before the circuit court on June 9, 2008. Due to the closeness of the trial date, the Court finds that the plaintiffs' motion to remand should be expedited, and the defendants' response to the motion should be filed within five days of the date of entry of this Order. Accordingly,

IT IS HEREBY ORDERED that the plaintiffs' motion to expedite is GRANTED, and the defendants have five (5) days from the date of entry of this Order to file their response.

SO ORDERED, this the   29th   day of April, 2008.


                                    s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE