## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
## WESTERN DIVISION

FLOYD MCCULLOUGH, INDIVIDUALLY AND          PLAINTIFF
ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF NAOMI MCCULLOUGH,
DECEASED

VERSUS                          CIVIL ACTION NO. 5:08cv187-DCB-JMR

RIVER REGION MEDICAL CENTER, RANDALL
EASTERLING, M.D., DAVID HALINSKI, M.D.,
BRIGGS HOPSON, JR., M.D., AND JOHN AND
JANE DOES 1-5                                DEFENDANTS

### ORDER OF REMAND

This matter having come before the Court on the plaintiff's Motion to Remand [**docket entry no. 4**] and the Court having granted the same after concluding that it lacks jurisdiction over the subject matter of the action; accordingly, based upon 28 U.S.C. § 1447(c),

**IT IS HEREBY ORDERED** that the above-styled case is forthwith **REMANDED** to the Circuit Court of Warren County, Mississippi.

**SO ORDERED**, this the   16th   day of May 2008.

                           s/ David Bramlette
                           **UNITED STATES DISTRICT JUDGE**